[No. 43783-0-II.  Division Two.  December 17, 2013.]

SNOHOMISH COUNTY PUBLIC TRANSPORTATION BENEFIT AREA,
*Appellant*, v. THE PUBLIC EMPLOYMENT RELATIONS
COMMISSION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-2-02686-5, James J. Dixon, J., entered July 6, 2012. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, C.J., and Maxa, J.

[No. 43975-1-II.  Division Two.  December 17, 2013.]

PAULA JONES, *Appellant*, v. GRAYS HARBOR COUNTY ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 11-2-00139-0, Michael J. Sullivan, J. Pro Tem., entered August 17, 2012. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 44653-7-II.  Division Two.  December 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES E.
WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-1-00689-3, Erik D. Price, J., entered February 28, 2013. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Penoyar, JJ.

[No. 30094-3-III.  Division Three.  December 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACY LEE
JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-1-01433-6, Ruth E. Reukauf, J., entered June 27, 2011. *Reversed* and *remanded* by unpublished opinion per Korsmo, C.J., concurred in by Siddoway and Fearing, JJ.